PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Joseph Days     **Docket Number:** 99-00072-001

**Name of Sentencing Judicial Officer:** Honorable Harold A. Ackerman

**Date of Original Sentence:** 09/07/1999

**Original Offense:** Possession of a Firearm by a Convicted Felon

**Original Sentence:** 120 months imprisonment; 3 years supervised release.

**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** 07/06/07

**Assistant U.S. Attorney:** Maureen Hall, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** K. Anthony Thomas, 972 Broad Street, 2nd Floor, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | Days was arrested and charged by the Elizabeth, N.J. Police Department on July 22, 2008 with Simple Assault and Robbery. |
| 2 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | Days was arrested and charged by the Elizabeth, N.J. Police department on August 28, 2008, with a domestic violence related Assault and Burglary. |

| | |
|---|---|
| 3 | The offender has violated the supervision condition which states '**You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.**' |

On July 29, 2008, Days was instructed to have no contact with Whitney Williams and he failed to follow this directive.

I declare under penalty of perjury that the foregoing is true and correct.

By: Nancy Hildner 
Senior U.S. Probation Officer
Date: 10-16-08

## THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

10/22/08
_____
Date